# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROSEMARY JACKSON WIMBLEY**            **PLAINTIFF**

**V.**            **CASE NO. 5:07CV00129 BSM**

**ARKANSAS DEPARTMENT OF**
**CORRECTION, et al.,**            **DEFENDANTS**

## ORDER

Plaintiff Rosemary Jackson Wimbley's motion for voluntary dismissal, (Doc. No. 60), is granted over the objection of defendants Arkansas Department of Correction et al., (Doc. No. 61), and plaintiff's cause of action is hereby dismissed without prejudice. Plaintiff will be ordered to pay the attorneys' fees incurred by defendants in the present case, should plaintiff refile her complaint. Further, defendants are ordered to submit their petition for costs within thirty (30) days of the date of this order.

IT IS SO ORDERED this 17th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE